450 A.2d 1058

Commonwealth v. Bunevitch, Appellant.

Submitted June 3, 1981. Vito P. Geroulo, for appellant; Ernest D. Preate, Jr., District Attorney, for Commonwealth, appellee.

Before McEWEN, MONTEMURO and SHERTZ, JJ.

612

The judgment of sentence of the learned Lackawanna County Common Pleas Court Judge S. John Cottone is affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.